IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Derrick Marcellus Moore,
          Petitioner,

v.

B. Von Blanckensee.
          Respondent.

Civil Action: 3:16-cv-155

## ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

On an earlier day came the Respondent, by Tara N. Tighe, Assistant United States Attorney for the Northern District of West Virginia, and submitted an unopposed request asking this Court to designate March 13, 2017, as the date by which Respondent must answer or otherwise respond to Petitioner Derrick Moore's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241.

It appearing to the Court that good cause exists, said Motion is hereby **GRANTED**. It is accordingly

**ORDERED** that the time by which the Defendants must answer or otherwise respond to the Complaint filed herein is hereby designated as **March 13, 2017**.

The Clerk of the Court is directed to provide a copy of this Order to all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: 1·25·17

UNITED STATES MAGISTRATE JUDGE

1